# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>                       Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>                       Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On January 27, 2020, the Court issued its Order,[1] which recited, in part:

> The parties are apprised the Court, upon acceptance and approval of counsel filed in writing on or before January 31, 2020, is prepared to grant the request to execute and enter the protective order in the form attached.[2]

The parties have not filed any acceptance or approval of the protective order attached to the Court's January 27, 2020, Order.[3]

---

[1] Doc. 14.

[2] Doc. 14 at 1.

[3] Doc. 14.

ORDERED:

The parties' request to execute and enter the Stipulated Protective Order[4] is DENIED.

DATED this 7th day of February, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 13-1.