# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>                     Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>                     Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On May 8, 2020, Defendant filed an Unopposed Motion to Set Rebuttal Expert Witness Disclosure Deadlines.[1]

ORDERED:

1. The Unopposed Motion to Set Rebuttal Expert Witness Disclosure Deadlines[2] is GRANTED.

---

[1] Doc. 24.

[2] Doc. 24.

2. Each party shall file their rebuttal expert witness disclosure within thirty (30) days of the opposing party's expert witness disclosure.

DATED this 11th day of May, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge