# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On January 31, 2020, the Court issued an Order,[1] which recited, in part:

> 7. Expert reports for any witness retained or specially employed to provide expert testimony, or whose duties as an employee of a party involve giving expert testimony, are required. Such reports shall comply with Fed. R. Civ. P. 26(a)(2)(B) and the requirements of this Order and are to include:
>
> > a. A separate statement of each opinion to be offered.

---

[1] Doc. 16.

      b.    Specific identification of and source citations to facts or data considered, referenced, or relied upon by the witness in forming each of the opinions expressed. *Copies of all documents and data considered, referenced, or relied upon shall be attached as exhibits to the report when filed.*

      c.    A separate statement of the bases and reasons for each of the opinions.[2]

      . . . .

8.    Separate written disclosures of all non-retained experts (expert witnesses not obliged to provide a Fed. R. Civ. P. 26(a)(2)(B) written report) are required. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include:

      a.    A separate statement of each opinion to be offered.

      b.    Specific identification of and source citations to facts or data considered, referenced, or relied upon by the witness in forming the each of the opinions expressed. *Copies of all documents and data considered, referenced, or relied upon shall be attached as exhibits to the written disclosure when filed.*

      c.    A separate statement of the bases and reasons for each of the opinions.[3]

---

[2] Doc. 16 at 5–6 (emphasis added).

[3] Doc. 16 at 6–7 (emphasis added).

Plaintiff's Rule 26 Disclosure of Retained and Non-Retained Experts[4] filed on July 16, 2020, did not include as attachments "[c]opies of all documents and data considered, referenced, or relied upon"[5] by retained and non-retained expert witnesses in forming opinions expressed, as required by the Court's January 31, 2020, Order.[6]

ORDERED:

Plaintiff shall file an amended expert witness disclosure, including as attachments "[c]opies of all documents and data considered, referenced, or relied upon"[7] by retained and non-retained expert witnesses on or before **July 30, 2020.**

DATED this 23rd day of July, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 26.

[5] Doc. 16 at 5–7.

[6] Doc. 16.

[7] Doc. 16 at 5–7.