# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On January 31, 2020, the Court issued its Order,[1] which recited, in part:

> 7.　Expert reports for any witness retained or specially employed to provide expert testimony, or whose duties as an employee of a party involve giving expert testimony, are required. Such reports shall comply *with Fed. R. Civ. P. 26(a)(2)(B)*.[2]

Defendant's Expert Witness Disclosure of Retained and Non-Retained

---

[1] Doc. 16.

[2] Doc. 16 at 5–6 (emphasis added).

Experts[3] filed on August 14, 2020, did not include "a list of all publications authored in the previous 10 years"[4] or "a list of other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition"[5] as required by Federal Rule of Civil Procedure 26(a)(2)(B) and the Court's January 31, 2020, Order.[6]

ORDERED:

Defendant shall, on or before November 5, 2020, file a supplement to the August 14, 2020, report,[7] which shall include "a list of all publications authored in the previous 10 years"[8] and "a list of other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition."[9]

DATED this 29th day of October, 2020.

SAM E. HADDON
United States District Judge

---

[3] Doc. 31.

[4] Fed. R. Civ. P. 26(a)(2)(B)(iv).

[5] Fed. R. Civ. P. 26(a)(2)(B)(v).

[6] Doc. 16.

[7] Doc. 31.

[8] Fed. R. Civ. P. 26(a)(2)(B)(iv).

[9] Fed. R. Civ. P. 26(a)(2)(B)(v).