# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>                    Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On November 20, 2020, Defendant Mountain West Bureau Mutual Insurance Company filed four motions[1] for summary judgment.

ORDERED:

Defendant's motions[2] for summary judgment are DENIED without prejudice for failure to comply with the rules of this Court.

---

[1] Docs. 44, 47, 50, and 55.

[2] Docs. 44, 47, 50, and 55.

*See* L.R. 7.1(d)(2)(A)-(E). The motions may be resubmitted in compliance with The Local Rules of Procedure, United States District Court for the District of Montana.

DATED this 23rd day of November, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge