# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>                    Defendant. | No.  CV 19-58-H-SEH<br><br><br>**ORDER** |

On November 20, 2020, Plaintiff filed Grohman's Motion for Partial Summary Judgment.[1]

ORDERED:

Plaintiff's motion[2] is DENIED without prejudice for failure to comply with L.R. 1.5 and L.R. 56.1. The motion may be resubmitted in compliance with The Local Rules of Procedure, United States District Court for the District of Montana.

DATED this __23rd__ day of November, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 53.

[2] Doc. 53.