# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Require Amended Expert Disclosure[1] with brief in support[2] filed on January 12, 2021. Defendant opposes the motion.[3]

The Court issued its Order[4] setting a schedule in this case on January 31,

---

[1] Doc. 87.

[2] Doc. 88.

[3] *See* Doc. 87 at 2.

[4] Doc. 16.

2020. On April 16, 2020, the Court issued a revised Order,[5] which revised the fully briefed motions deadline to December 11, 2020.[6]

Plaintiff's motion[7] is not timely.

ORDERED:

Plaintiff's Motion to Require Amended Expert Disclosure is DENIED.

DATED this 25th day of January, 2021.

*[signature]*
SAM E. HADDON
United States District Judge

---

[5] Doc. 23.

[6] Doc. 23 at 2.

[7] Doc. 87.