# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

Plaintiff Donna Grohman moved for a 30 day stay of proceedings due to "a prolonged illness in the family beginning in December that has not yet resolved."[1]

ORDERED:

1. All proceedings and deadlines in this case are STAYED to be reset by further order of Court.

2. The Court will reconsider the stay upon the receipt of written notification from counsel of the specific date or dates on and after which all counsel and Plaintiff's designated expert Alan F. Blakley ("Blakley") will be

---

[1] Doc. 94.

available to participate, if ordered, in a Federal Rule of Evidence 104(a)-(c) hearing at the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana, to receive evidence and decide whether or to what extent Blakley is qualified to testify at trial as to matters and topics of opinion testimony contained or stated in his Amended Expert Report[2] and referenced in paragraph seven of the Court's Order of January 31, 2020.[3]

DATED this 2nd day of February, 2021.

SAM E. HADDON
United States District Judge

---

[2] Doc. 89.

[3] Doc. 16.