# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On January 21, 2021, Defendant filed Mountain West Farm Bureau Mutual Insurance Company's Motion to Strike Plaintiff's Motion to Require Amended Expert Disclosure[1] with brief in support.[2] Plaintiff did not file a response.

On January 25, 2021, the Court issued its Order[3] denying Plaintiff's Motion to Require Amended Expert Disclosure.[4]

---

[1] Doc. 90.

[2] Doc. 91.

[3] Doc. 93.

[4] Doc. 87.

ORDERED:

Mountain West Farm Bureau Mutual Insurance Company's Motion to Strike Plaintiff's Motion to Require Amended Expert Disclosure[5] is DENIED AS MOOT.

DATED this 4th day of February, 2021.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[5] Doc. 90.