# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

The Court conducted a telephone conference call with Geoffrey C. Angel, Esq. and Elizabeth Worth Lund, Esq. on March 25, 2021, to address Defendant's Uncontested Motion to Reschedule Federal Rule of Evidence 104(a)-(c) Hearing.[1]

ORDERED:

1. Defendant's Uncontested Motion to Reschedule Federal Rule of Evidence 104(a)-(c) Hearing[2] is DENIED WITHOUT PREJUDICE to refiling if

---

[1] Doc. 108.

[2] Doc. 108.

necessary and appropriate.

2. If *Schutter v. Great American Alliance Insurance Company*, CV-20-29-BU-JTJ, remains set for trial as of 4:45 p.m. on May 21, 2021, Defendant may, on or before May 24, 2021, renew its request to reschedule the Rule 104 hearing.[3]

DATED this 25th day of March, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] *See* Doc. 107.