# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | No.  CV 19-58-H-SEH<br><br>**ORDER** |

The Court conducted a Federal Rule of Evidence 104 hearing on June 3, 2021, to develop a record of Alan. F. Blakley's qualifications by education, knowledge, training, and experience to testify as an expert witness as to certain opinion topics stated in his amended report of January 14, 2021.[1]

Upon the record made in open court,

---

[1] Doc. 89-1.

ORDERED:

1. Mountain West Farm Bureau Mutual Insurance Company's Motion to Disqualify Alan Blakley[2] is DENIED.

2. Blakley may testify at trial consistent with and as limited by the record made in open court at the hearing on June 3, 2021.

DATED this 4th day of June, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 42.