IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>               Defendant. | No. CV 19-58-H-SEH<br><br>**ORDER** |

On June 3, 2021, the Court conducted a Federal Rule of Evidence 104 hearing to address issues relevant to Alan F. Blakley's qualification by education, knowledge, training, and experience to testify as an expert witness as to certain opinion topics stated in his amended report of June 14, 2021.

The Court's Order[1] addressing issues presented at the June 3, 2021, hearing

---

[1] Doc. 117.

was entered June 4, 2021.

As of June 3, 2021, four separate motions,[2] all fully briefed, have been held in abeyance pending rulings to be made following the Federal Rule of Evidence 104 hearing conducted on June 3, 2021, and ruled upon by Order[3] of June 4, 2021.

ORDERED:

Each party shall have the option to and including 4:45 p.m. on June 11, 2021, in which to file a supplemental brief or briefs in support of the briefing party's pending motions arguments.[4] Response briefs will be due on or before 4:45 p.m. on June 18, 2021.

The several motions will be deemed submitted for decision or set for hearing if appropriate upon receipt of response briefs.

DATED this 4th day of June, 2021.

SAM E. HADDON
United States District Judge

---

[2] Docs. 60, 63, 65, and 67.

[3] Doc. 117.

[4] Docs. 60, 63, 65, and 67.