Elizabeth W. Lund
Bridget W. leFeber
Berg Lilly, PC
1 West Main Street
Bozeman, MT 59715
406-587-3181 – telephone
406-587-3240 – fax
lund@berglawfirm.com
bridgetlefeber@berglawfirm.com
  *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN, | Cause No. CV-19-58-H-SEH |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss all claims in the above captioned case with prejudice as settled on the merits. Each party shall bear their own fees and costs.

1

DATED this 10th day of December, 2021.

      /s/ Elizabeth W. Lund
Elizabeth W. Lund
BERG LILLY, PC
*Attorneys for Defendant*

      /s/ Geoffrey C. Angel
Geoffrey C. Angel
Angel Law Firm
*Attorney for Plaintiff*