# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

| | |
|---|---|
| DONNA GROHMAN, | |
| Plaintiff, | No.  CV-19-58-H-SEH |
| vs. | |
| | **ORDER** |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The Court having reviewed the Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS ORDERED that all claims in the above-captioned case are

DISMISSED WITH PREJUDICE, each party to bear her or its fees and costs.

DATED this _10th_ day of December, 2021.

SAM E. HADDON
United States District Judge